974

No. 00–6375. SAINTVILLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6376. MEJIA-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6377. BURNS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6378. WHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–6379. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6385. DECKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6387. PEAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6391. SOTO-RACANAC v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6401. WALLACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6405. YACOUB v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6410. REYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6415. WHERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–112. COLORADO DEPARTMENT OF CORRECTIONS ET AL. v. CHAMBERS. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–377. MARTINEZ v. AMERICAN OIL & SUPPLY CO. ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.